IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TROY LAMONT HELTON, SR., | ) | |
|     Petitioner, | ) | Civil Action No. 7:15cv00561 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| COMMONWEALTH OF VA, *et al.*, | ) | United States District Judge |
|     Respondents. | ) | |

**ORDER**

In accordance with the Memorandum Opinion entered this day, it is hereby ORDERED that Helton's 28 U.S.C. § 2254 petition is DISMISSED without prejudice and this action is STRICKEN from the active docket of the court.

Further, finding that Helton has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to the petitioner.

Entered: October 21, 2015.

*Elizabeth K. Dillon*
United States District Judge